UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  ERIC PHILLIPS )
  ROBYNE PHILLIPS ) CASE NO. 16-30561-DHW-13
    Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed Court Claim #5 in the amount of $20,762.50 which is secured by one 2011 CHEVROLET SILVERADO, Court Claim #6 in the amount of $17,788.08 which is secured by one 2011 GMC ACADIA, and Court Claim #7 in the amount of $1,097.68 which is secured by the equity in both vehicles.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the 2011 CHEVROLET SILVERADO at $17,875.00 whereas the NADA retail value is $21,150.00.

3. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to make a secured provision for Court Claim #7 although there is more than enough equity to fully secure said claim.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

GUARDIAN CREDIT UNION

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this April 27, 2016.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D Shinbaum
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

ERIC PHILLIPS
ROBYNE PHILLIPS
511 ASBURY RIDGE RD
TALLASSEE AL 36078

/s/ Leonard N. Math