## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re                                              Case No. 16−30561
Chapter 13

Eric Phillips and Robyne Phillips

    Debtors

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on June 29, 2016 at 09:00 AM

to consider and act upon the following:

*27* – Motion for Relief from Stay . Fee Amount $176, or in the alternative Motion for Adequate Protection filed by William P Harris on behalf of PHH Mortgage Corporation. (Harris, William)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1−888−431−3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    − Mute your telephone as applicable until your case is called
    − Do not place the phone on hold during the call as many companies utilize background music

    If you cannot mute your phone:
    − Do not conduct work such as paper shuffling or keyboard typing
    − Do not address the court until you are called upon
    − Remain silent while waiting
    − Refrain from making unnecessary noise
    − Turn off electronics that broadcast sound − television, radio
    − Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated: June 3, 2016

*[signature: Juan−Carl Guerro]*

Juan−Carlos Guerrero

Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                          Middle District of Alabama
```

In re:                                                        Case No. 16-30561-DHW
Eric Phillips                                                 Chapter 13
Robyne Phillips
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: jmclain              Page 1 of 1              Date Rcvd: Jun 03, 2016
                              Form ID: nhATT888          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2016.
db          +Eric Phillips,    511 Asbury Ridge Road,    Tallassee, AL 36078-3190
jdb        #+Robyne Phillips,    511 Asbury Ridge Road,    Tallassee, AL 36078-3190
3522838     +PHH Mortgage Corporation,    Mail Stop Code: SV01,    1 Mortgage Way,
              Mount Laurel, New Jersey 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2016 at the address(es) listed below:
              Bankruptcy Administrator     ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Helen D. Ball    on behalf of Creditor   PHH Mortgage Corporation ncbkmail@shapiro-ingle.com
              Leonard N. Math    on behalf of Creditor   GUARDIAN CREDIT UNION noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Eric  Phillips rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Joint Debtor Robyne  Phillips rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              William P Harris    on behalf of Creditor   PHH Mortgage Corporation wharris@logs.com
                                                                                             TOTAL: 7