UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 7
  ERIC PHILLIPS )
  ROBYNE PHILLIPS )
) CASE NO. 16-30561-WRS-7
    Debtor(s). )

## MOTION TO DEFER DISCHARGE

Now Comes the Movant, GUARDIAN CREDIT UNION, a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Motion to Defer Discharge states as follows:

1. On or about 09/27/2016, the Debtor(s) filed the instant Chapter 7 Bankruptcy Case. GUARDIAN CREDIT UNION is the holder of a secured claim against the Debtor(s).

2. A reaffirmation agreement has been tendered to Counsel for the Debtor and the parties need additional time for the execution, filing and/or approval of the reaffirmation agreement prior to discharge.

WHEREFORE, Movant moves for an Order Deferring Discharge for sixty days along with such further and other relief as the Court may deem proper..

                        GUARDIAN CREDIT UNION

                        By: /s/Leonard N. Math
                        Attorney for the Movant

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

Case 16-30561   Doc 60   Filed 01/09/17   Entered 01/09/17 16:10:32   Desc Main
Document   Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on January 9, 2017.

CARLY B. WILKINS
Chapter 7 Trustee
560 SOUTH MCDONOUGH ST SUITE A
MONTGOMERY AL 36104

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

ERIC PHILLIPS ROBYNE PHILLIPS
511 ASBURY RIDGE RD
TALLASSEE AL 36078

/s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.

2